

IN THE
TENTH COURT OF APPEALS

No. 10-19-00253-CR

QUENDERRIUS JACKSON,

Appellant

v.

THE STATE OF TEXAS,

Appellee

From the 272nd District Court
Brazos County, Texas
Trial Court No. 18-02488-CRF-272

ABATEMENT ORDER

Quenderrius Jackson was convicted of aggravated kidnapping and aggravated robbery. *See* TEX. PENAL CODE ANN. §§ 20.04(a)(4); 29.03. The record in this appeal has not yet been filed. We have been provided documentation by the trial court, however, that indicates Jackson was represented by counsel at trial but that Jackson subsequently filed a pro se notice of appeal. Further, we have no indication whether trial counsel has withdrawn from representing Jackson or whether Jackson has hired new counsel or new counsel has been appointed to represent Jackson on appeal.

Accordingly, this appeal is abated to the trial court to determine whether Jackson is indigent, whether trial counsel continues to represent Jackson on appeal, and if not, whether to appoint counsel for Jackson, if Jackson is indigent. *See* TEX. CODE CRIM. PROC. ANN. arts. 1.051, 26.04. If necessary, a hearing to make these determinations should be held within 14 days from the date of this order. The Clerk's and Reporter's Records containing the trial court's written or oral findings and rulings, if any, are ordered to be filed within 28 days from the date of this order.

PER CURIAM

Before Chief Justice Gray,
  Justice Davis, and
  Justice Neill
Appeal abated
Order issued and filed August 7, 2019
[RWR]

